Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs Carmen Otero
and Abbey Lerman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN OTERO and ABBEY LERMAN, as individuals, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ZELTIQ AESTHETICS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-3994 DMG (MRWx)<br><br>Hon. Dolly M. Gee<br><br>**NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 40-2 AND REQUEST TO VACATE HEARING ON PENDING MOTION TO DISMISS AND RELATED BRIEFING DEADLINES**<br><br>Date:     August 24, 2018<br>Time:    9:30 a.m. |

Pursuant to Local Rule 40-2, Plaintiffs Carmen Otero and Abbey Lerman ("Plaintiffs") and Defendant Zeltiq Aesthetics, Inc. ("Defendant," together with Plaintiffs, the "Parties") hereby notify the Court that this matter has resolved.

The Parties are in the process of formalizing the terms of the settlement into a final written agreement. Plaintiffs expect to file a request for voluntary dismissal of the remaining individual claims with prejudice within thirty (30) days.

Accordingly, the Parties respectfully request that the Court vacate the hearing on Defendant's Motion to Dismiss Third Amended Class Action Complaint currently scheduled for August 24, 2018 and vacate all related briefing deadlines regarding the Motion to Dismiss, pending the voluntary dismissal. A proposed Order is submitted concurrently.

Dated: August 2, 2018

Capstone Law APC

By: /s/ *Jordan Lurie*
Jordan L. Lurie
Tarek H. Zohdy
Cody R. Padgett
Trisha K. Monesi

Attorneys for Plaintiffs Carmen Otero and Abbey Lerman

Dated: August 2, 2018

HUESTON HENNIGAN LLP

By: /s/ *Steven Feldman*
Steven N. Feldman
Attorney for Defendant Zeltiq Aesthetics, Inc

**CERTIFICATE OF COMPLIANCE WITH C.D. CAL. L.R. 5-4.3.4(a)(2)(i)**

I certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have obtained the authorization from the above signatories to file the above-referenced document and that the above signatories concur in the filing's content.

Executed on August 2, 2018.

*/s/ Trisha Monesi*
Trisha K. Monesi