1  Jordan L. Lurie (SBN 130013)
   Jordan.Lurie@capstonelawyers.com
2  Tarek H. Zohdy (SBN 247775)
   Tarek.Zohdy@capstonelawyers.com
3  Cody R. Padgett (SBN 275553)
   Cody.Padgett@capstonelawyers.com
4  Trisha K. Monesi (SBN 303512)
   Trisha.Monesi@capstonelawyers.com
5  Capstone Law APC
   1875 Century Park East, Suite 1000
6  Los Angeles, California 90067
   Telephone:   (310) 556-4811
7  Facsimile:   (310) 943-0396

8  Attorneys for Plaintiffs Carmen Otero
   and Abbey Lerman

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13  CARMEN OTERO and ABBEY          Case No.: 2:17-cv-3994 DMG (MRWx)
    LERMAN, as individuals, and on
14  behalf of other members of the   Hon. Dolly M. Gee
    general public similarly situated,
15                                    **NOTICE OF VOLUNTARY
              Plaintiffs,             DISMISSAL PURSUANT TO
16                                    F.R.C.P. 41(A)(1)**
          v.
17
    ZELTIQ AESTHETICS, INC., a
18  Delaware corporation; and DOES 1-
    10, inclusive,
19
              Defendants.
20

21

22

23

24

25

26

27

28

1   **PLEASE TAKE NOTICE** that Plaintiffs Carmen Otero and Abbey

2   Lerman ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1),

3   hereby voluntarily dismiss all claims in this action without prejudice as to

4   Defendant Zeltiq Aesthetics, Inc. ("Defendant").

5   Defendant has neither answered Plaintiff's Complaint, nor filed a motion

6   for summary judgment.  Accordingly, this matter may be dismissed without

7   prejudice and without an Order of the Court under Federal Rule of Civil

8   Procedure 41(a)(1)(A)(i).  Notice to the class is not necessary under Federal Rule

9   of Civil Procedure 23(e) because the Court has not certified a class in this case.

10

11  Dated:  September 4, 2018

Capstone Law APC

12

13  By:/s/ *Jordan Lurie*
Jordan L. Lurie
14  Tarek H. Zohdy
Cody R. Padgett
15  Trisha K. Monesi

16  Attorneys for Plaintiffs Carmen Otero
and Abbey Lerman