UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

DEC 11 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CARMEN OTERO and ABBEY LERMAN, as individuals and on behalf of other members of the general public similarly situated,

    Plaintiffs - Appellants,

v.

ZELTIQ AESTHETICS, INC., a Delaware corporation,

    Defendant - Appellee.

No. 18-56308

D.C. No. 2:17-cv-03994-DMG-MRW
U.S. District Court for Central California, Los Angeles

**ORDER**

The motion filed by the appellants on December 4, 2018 for voluntary dismissal of this appeal is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Marc Eshoo
Deputy Clerk
Ninth Circuit Rule 27-7